**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Michael S. FLANAGAN, Defendant–Appellant.**

No. 05–16443
Non–Argument Calendar.
D.C. Docket No. 05–00030–MC–17–TGW.

United States Court of Appeals, Eleventh Circuit.

May 1, 2006.

Susan Hollis Rothstein–Youakim, U.S. Attorney's Office/Middle Dist. of Fl., Tampa, FL, for Appellee.

Tracy M. Dreispul, Assistant Federal Public Defender, R. Fletcher Peacock, Federal Public Defender's Office, Tampa, FL, for Defendant–Appellant.

Before TJOFLAT, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Tracy Dreispul, appointed counsel for Michael S. Flanagan in his direct criminal appeal, has moved to withdraw from fur-

---

ther representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Flanagan's conviction and sentence are AFFIRMED.